# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## Case No. 3:21-CV-00077-JCH

U.S. District Court

ss: New Haven, January 22, 2021

District of Connecticut

Then and there by virtue hereof, I served the within named defendant, **UNITED STATES OF AMERICA,** by leaving with and in the hands of **Kelly Stokes, *(IR) to acting U.S. Attorney Deirdre M. Daly, who is duly authorized to accept service, and who accepted service,*** three (3) true and attested copies of the original Summons in a Civil Action, Complaint, Appearance, Order on Pretrial Deadlines, Standing Order Relating to Discovery, Exhibit A, Notice to Counsel and Self-Represented Parties and Order Re: Disclosure Statement with my endorsement thereon.

And afterwards, on January 22, 2021, in the Town of New Haven, I served the within named defendant, **UNITED STATES STATES OF AMERICA,** by depositing at the post office, a letter, certified mail, return receipt requested addressed;

**Hon. Monty Wilkinson, Esq.**
**Acting U.S. Attorney General**
**950 Pennsylvania Ave. NW**
**Washington, December 20530-0001**

Receiving therefore the post office receipt hereto annexed. Said letter contained two (2) true and attested copies of the original Summons in a Civil Action, Complaint, Appearance, Order on Pretrial Deadlines, Standing Order Relating to Discovery, Exhibit A, Notice to Counsel and Self-Represented Parties and Order Re: Disclosure Statement with my endorsement thereon.

ATTEST:

EVE L. MILLER
AN INDIFFERENT PERSON
NEW HAVEN COUNTY

FEES:
| | |
|---|---:|
| Service Fee | $ 80.00 |
| Copies | 90.00 |
| Endorsements | 26.60 |
| Travel | 5.00 |
| Certified Mail | 8.60 |
| | $ 210.20 |

# UNITED STATES DEPARTMENT OF JUSTICE

United States Attorney's Office

*District of Connecticut*

157 Church Street 25th Floor

New Haven CT 06510

(203) 821-3700

This service is accepted upon the United States as provided for in Rule 4(i)F.R. Civ. P. and should not be construed as service upon a federal official being sued in his/her individual capacity as distinguished from official capacity.

1-22-2021

By: Kelly Stokes

Date

**PLEASE MAIL 2 CERTIFIED COPIES TO THE U.S. ATTORNEY GENERAL, HON. WILLIAM P. BARR**

**U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE N.W., WASHINGTON DC 20530**

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Certified Mail Fee: $6.60

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)
- ☐ Return Receipt (electronic)
- ☐ Certified Mail Restricted Delivery
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery

Postage: $

Total Postage and Fees: $

Sent To: United States Attorney General
Monty Wilkinson, Esquire
Acting Attorney General
Street and Apt. No.: 950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047