UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARKOS PAPPAS | : | |
| VS. | : | NO. 3:21cv77(JCH) |
| UNITED STATES OF AMERICA | : | APRIL 12, 2021 |

**SUPPLEMENTARY BRIEF IN OPPOSITION TO MOTION TO DISMISS**

As previously discussed, one of the issues which the defendant raises in its Motion to Dismiss is whether the doctrine of prosecutorial immunity would preclude liability in Connecticut state courts for a prosecutor who engaged in the conduct alleged in this case.

Connecticut has statutorily waived prosecutorial immunity from liability for wrongful incarceration caused by serious errors of prosecutors. Section 54-102uu(a) of the Connecticut General Statutes provides: "A person is eligible to receive compensation for wrongful incarceration if...[s]uch person has been convicted by this state of one or more crimes and has been sentenced to a term of imprisonment for such crime or crimes and has served all or part of such sentence; and...[s]uch person's conviction was vacated...on a ground citing an...omission that constitutes malfeasance or other serious misconduct by any

1

officer, agent, employee or official of the state that contributed to such person's...incarceration."

At a minimum, the allegations set forth in this lawsuit would permit the trier of fact to find facts that would place the prosecutorial errors here in this category and therefore prosecutorial immunity would not bar compensation for the plaintiff's wrongful incarceration.

THE PLAINTIFF

BY:     /s/    (ct00215)
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/    (ct00215)
JOHN R. WILLIAMS